IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

MAY - 2 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
                    DEPUTY CLERK

| | | |
|---|---|---|
| MID-CONTINENT CASUALTY COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | NO.  SA07CA0274 |
| BAY ROCK OPERATING COMPANY, HOLLIMON OIL CORPORATION, FELICIANA CORPORATION, DUNCAN UNDERWOOD, EVERETT DeSHA, and SEELIGSON OIL COMPANY, LTD. | § § § § § § § § | |
| Defendants. | § § | |

## DISCLOSURE STATEMENT OF DEFENDANTS ST. PAUL SURPLUS LINES INSURANCE COMPANY AS SUBROGEE AND REAL PARTY IN INTEREST FOR HOLLIMON OIL CORPORATION, FELICIANA CORPORATION, DUNCAN UNDERWOOD, EVERETT DeSHA, and SEELIGSON OIL COMPANY, LTD.

Pursuant to Federal Rule of Civil Procedure 7.1, the above Defendants make the following disclosures:

1. All shares of St. Paul Surplus Lines Insurance Company are owned by its parent corporation St. Paul Fire and Marine Insurance Company. All shares of St. Paul Fire and Marine Insurance Company are owned by The St. Paul Travelers Companies, Inc., a publicly-held corporation (stock symbol: TRV).

2. There is no publicly-held corporation that owns 10% or more of the stock of Feliciana Corporation or Seeligson Oil Company, Ltd.

Respectfully submitted,

**WESTMORELAND HALL, P.C.**

By: _____
Karen K. Milhollin
Texas Bar No. 00790180
George H. Lugrin
Texas Bar No. 00787930
Williams Tower, Suite 6400
2800 Post Oak Boulevard
Houston, Texas 77056-6125
(713) 871-9000 - Telephone
(713) 871-8962 - Facsimile

**ATTORNEYS FOR DEFENDANTS ST. PAUL SURPLUS LINES INS. CO. as Subrogee and Real Party in Interest for Hollimon Oil Corporation, FELICIANA CORP., DUNCAN UNDERWOOD, EVERETT DeSHA & SEELIGSON OIL COMPANY, LTD.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Disclosure Statement of St. Paul Surplus Lines Insurance Company as Subrogee and Real Party in Interest for Hollimon Oil Corporation, Feliciana Corporation, Duncan Underwood, Everett DeSha, and Seeligson Oil Company, Ltd., has been served upon all counsel of record this __1__ day of May, 2007 via first class mail.

Terry W. Rhoads
COTTON, BLEDSOE, TIGHE & DAWSON
P.O. Box 2776
Midland, Texas 79702
ATTORNEYS FOR MID-CONTINENT
CASUALTY CO.

Lamont A. Jefferson
Micah E. Skidmore
HAYNES & BOONE, L.L.P.
112 East Pecan St., Suite 1600
San Antonio, Texas 78205
COUNSEL FOR HOLLIMON OIL CORPORATION,
J. CHARLES HOLLIMON, LTD.; and MANDALAY GROUP, L.L.C.

George H. Lugrin, IV